IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Case No. 92-0036M-X-01 <br> ) |
| TODD C. SLACK, | ) <br> ) |
| Defendant. | ) <br> ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the complaint against defendant Todd C. Slack. This dismissal is based on the reasons set forth in the attached affidavit of Timothy M. O'Shea.

Dated this day of 5th August 2011.

Respectfully submitted,

JOHN W. VAUDREUIL
United States Attorney
By: _____
LAURA A. PRZYBYLINSKI FINN
Assistant U. S. Attorney
Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

_____
United States ~~District~~ Judge
MAGISTRATE

Dated: 8-10-11